# DES Child Support Enforce

## Payment History

Atlas Case: 000182895200
Obligee Name: CINDY GARRETT
Obligor Name: DEAN CHOATE

Begin Date: 11/24/2008
End Date: 11/24/2009

| Date Received | Amount Received | Obligation Type | Month Credit | Amount Credited | Paid Amount | Paid To |
|---|---|---|---|---|---|---|
| 08/03/2009 | 164.50 | Arrears | 07/09 | 164.50 | 164.50 | CP |
| 07/28/2009 | 164.50 | Current Child | 07/09 | 76.50 | 76.50 | CP |
|  | 0.00 | Arrears |  | 88.00 | 88.00 | CP |
| 07/21/2009 | 164.50 | Current Child | 07/09 | 164.50 | 164.50 | CP |
| 07/13/2009 | 164.50 | Current Child | 07/09 | 164.50 | 164.50 | CP |
| 07/06/2009 | 164.50 | Current Child | 07/09 | 164.50 | 164.50 | CP |
| 06/29/2009 | 164.50 | Arrears | 06/09 | 164.50 | 164.50 | CP |
| 06/22/2009 | 164.50 | Arrears | 06/09 | 164.50 | 164.50 | CP |
| 06/15/2009 | 164.50 | Arrears | 06/09 | 164.50 | 164.50 | CP |
| 06/08/2009 | 164.50 | Arrears | 06/09 | 164.50 | 164.50 | CP |
| 06/05/2009 | 788.00 | Current Child | 06/09 | 570.00 | 570.00 | CP |
|  | 0.00 | Arrears |  | 218.00 | 218.00 | CP |
| 06/04/2009 | 164.50 | Arrears | 05/09 | 164.50 | 164.50 | CP |
| 05/28/2009 | 164.50 | Current Child | 05/09 | 76.50 | 76.50 | CP |
|  | 0.00 | Arrears |  | 88.00 | 88.00 | CP |
| 05/19/2009 | 164.50 | Current Child | 05/09 | 164.50 | 164.50 | CP |
| 05/13/2009 | 164.50 | Current Child | 05/09 | 164.50 | 164.50 | CP |
| 05/05/2009 | 164.50 | Current Child | 05/09 | 164.50 | 164.50 | CP |
| 04/29/2009 | 1642.85 | Arrears | 04/09 | 1546.34 | 1642.85 | CP |
|  | 0.00 | Interest |  | 96.51 | 0.00 |  |
| 04/28/2009 | 164.50 | Current Child | 04/09 | 76.50 | 76.50 | CP |
|  | 0.00 | Arrears |  | 88.00 | 88.00 | CP |
| 04/20/2009 | 164.50 | Current Child | 04/09 | 164.50 | 164.50 | CP |
| 04/14/2009 | 164.50 | Current Child | 04/09 | 164.50 | 164.50 | CP |
| 04/07/2009 | 164.50 | Current Child | 04/09 | 164.50 | 164.50 | CP |
| 03/30/2009 | 164.50 | Current Child | 03/09 | 164.50 | 164.50 | CP |
| 03/23/2009 | 164.50 | Current Child | 03/09 | 164.50 | 164.50 | CP |

PH-W