```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  RICHARD J. CUELLAR (WI #01006631)
    Trial Attorney
 4  230 N. First Avenue, Suite 204
    Phoenix, Arizona  85003
 5  (602) 682-2600
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| BRANDON KENNETH BURFORD and CINDY EILEEN GARRETT, | ) ) ) | CASE NO. 2:09-bk-30912-CGC |
|  | ) ) | NOTICE OF APPOINTMENT OF TRUSTEE IN REOPENED CASE |
| Debtor(s) | ) |  |

DAVID A. BIRDSELL, of 216 N. Center, Mesa, AZ 85201, having previously filed a blanket bond approved by the United States Trustee, has been appointed Trustee of the estate of the above-named debtor, whose case was reopened for further administration.

Respectfully submitted,

ILENE J. LASHINKSY
United States Trustee
District of Arizona

Dated: <u>July 28, 2010</u>   /s/Richard J. Cuellar (WI #01006631)
                             RICHARD J. CUELLAR
                             Trial Attorney